UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re: Tracy Denice Young  Chapter 13
Case No. ___

Debtor.

## Chapter 13 Plan

Address:   Debtor   3727 White Birch Drive, Memphis, TN 38115

Plan Payment:

Debtor Shall Pay:  $160.00 Semi- Monthly       By:   ( ) Direct Pay _____
Or by:  (X) Payroll Deduction   ABM Industries, 3331 Millbranch Road, Memphis, TN 38116

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].                              (X) Yes  ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes  ( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].                            ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:   ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly  ( ) Wage Assignment  ( ) Trustee To:    Monthly Pmt.
   _____  ongoing payment begins  _____  _____
   _____  Approximate arrearage   _____  _____
   _____  ongoing payment begins  _____  _____
   _____  Approximate arrearage   _____  _____

5. Priority Claims:                                                                       Monthly Pmt.
   TN Dept. Of Human Services (food stamp overpayment)   Amount      $1,670.17             $28.00
   _____      Amount      _____            _____

6. Home Mortgage Claims:   ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:         Monthly Pmt.
   _____  ongoing payment begins  _____  _____
   _____  Approximate arrearage   _____  Interest  _____  _____
   _____  ongoing payment begins  _____  _____
   _____  Approximate arrearage   _____  Interest  _____  _____

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value   Interest Rate   Monthly Pmt.
   Royal Furniture (bedroom set)                          $   400.00          0.00%           $20.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Title Max (2005 Cadillac Deville) | $ 1,328.00 | 0.00% | $23.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   _____ Collateral _____
   _____ Collateral _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Progressive Leasing (lease thru March) | $ 646.00 | 0.00% | $10.00 |

11. Student Loan Claims and Other Long Term Claims:

   _____   ( ) Not Provided For   ( ) General Unsecured Creditor
   _____   ( ) Not Provided For   ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

   _____

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

   Progressive Leasing _____ (X) Assume   ( ) Reject
   _____ ( ) Assume   ( ) Reject

17. Completion:   Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

   /s/ Jimmy E. McElroy  TN Bar #011908          Date   March 25, 2019
   Debtor's Attorney's Signature

                                                                           March 27, 2019

                                                                           910 > September 26, 2016